# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

Case Title: **Toya C. Brown**  Case Number: **1:20-cv-07038**

v.

**Midland Credit Management, Inc.**

An appearance is hereby filed by the undersigned as attorney for:

**Midland Credit Management, Inc.**

Attorney name (type of print):  David M. Schultz

Firm:  Hinshaw & Culbertson LLP

Street Address:  151 N. Franklin, Suite 2500

City/State/Zip:  Chicago, IL  60606

Bar ID Number:  6197242  Telephone Number:  312-704-3527
(See item 3 in instructions)
Email Address:  dschultz@hinshawlaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☒ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct.  Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on   January 21, 2021
Attorney signature:  */s/ David M. Schultz*
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

1037250\307370829.v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on **January 21, 2021,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

*/s/ David M. Schultz*
David M. Schultz

1037250\307370829.v1